FILED
JAMES J. VILT, JR. - CLERK

JAN 2 3 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court

For the Western District of Kentucky

Joseph Alexander

        Plaintiff

    v.

Dawn Hill- Kearse, Sergio Jimenez

    Defendant

Case No. 1:26-cv-10-JHM

Jury Trial demanded

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process,

2. The basis for this court's jurisdiction is federal law.

### RELIEF

Plaintiff demands compensation of $500,000.

### CERTIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/10/2026

Joseph Alexander

60 1st Ave

Seattle, WA 98102

NEW YORK NY 100

17 JAN 2026   PM 12 L





UNITED STATES
OF AMERICA

FOREVER/USA

US District Court Clerk's Office

241 East Main Ave, Suite 120

Bowling Green, KY 42101-2175

RECEIVED

JAMES J. VILT, JR. - CLERK

JAN 23 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY